# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CITY OF PALO ALTO - POLICE DEPARTMENT,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO CALDERON LOPEZ,<br><br>Defendant. | Case No. 17-cv-02477-BLF<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *City of Palo Alto v. Lopez*, Case No. 17-cv-2182-EJD.

**IT IS SO ORDERED.**

Dated: May 2, 2017

BETH LABSON FREEMAN
United States District Judge